IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JOHN PETTIFORD, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. |
| | : | 7:09-cv-90069 (HL) |
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | 7:04-cr-01 (HL) |
| Respondent. | : | |
| _____ | : | |

## ORDER

Before the Court is the Report and Recommendation (Doc. 91) entered on April 2, 2010, of United States Magistrate Judge G. Mallon Faircloth, in which the Magistrate Judge recommends that Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 83), Motion for Leave to Amend the Pleadings to 28 U.S.C. § 2255 (Doc. 88), and Motion to Supplement Habeas Corpus 28 U.S.C. § 2255 (Doc. 89) be denied. Petitioner has filed an objection (Doc. 97). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objections and has made a de novo determination of the portions of the Recommendation to which he objects.

After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Petitioner's 28 U.S.C. § 2255 Motion and remaining Motions are denied.

**SO ORDERED**, this the 10th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc