IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN PETTIFORD,<br><br>  Petitioner<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent | CASE NO. 7:09-CV-90069 (HL)<br>28 U.S.C. § 2255<br><br>CASE NO. 7:04-CR-1 (HL) |

### ORDER

Before the Court is petitioner **JOHN PETTIFORD'S** notice of appeal (R. at 103) from the Court's June 10, 2010 Order, which accepted the United States Magistrate Judge's recommendation that petitioner's 28 U.S.C. § 2254 petition be denied. The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). ***Edwards v. United States***, 114 F.3d 1083 (11th Cir. 1997).

Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's recommendation and this Court's Order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 12th day of July, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb